FILED

OCT 01 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY________________
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JODY GUNTER,<br>Plaintiff | §<br>§<br>§ | |
| v. | § | Civil Action No. 6:18-cv-10 |
| LARRY MORGAN, Individually And<br>LARRY MORGAN RACING, INC.<br>Defendants | §<br>§<br>§<br>§ | |

**AGREED JUDGMENT**

On the 1st day of ~~March~~ October, 2018, the above-entitled and numbered cause came for consideration wherein Jody Gunter is Plaintiff and Larry Morgan and Larry Morgan, Inc. are Defendants, and the parties, by their signatures and that of their counsel, announced to the Court that Plaintiff and Defendants have agreed that this Agreed Judgment should be rendered for Plaintiff.

The Court has considered the pleadings and records on file in this cause; the evidence; the agreements of parties and counsel; and is of the opinion that judgment should be rendered for Plaintiff as agreed.

It is THEREFORE ORDERED, ADJUDGED, and DECREED that Jody Gunter, Plaintiff, recover from Defendants, Larry Morgan and Larry Morgan, Inc., jointly and severally, a total judgment in the amount of $30,000.00.

IT IS FURTHER ORDERED that all sums awarded herein shall accrue post-judgment interest at the rate of five percent (5%) per annum from the date of this Agreed Judgment until paid in full.

It is FURTHER ORDERED that Defendants are entitled to any offsets or credits to the total judgment for any payments made.

It is FINALLY ORDERED that Plaintiff shall have all writs of execution and other processes necessary to enforce this judgment.

SIGNED on the 1st day of October, 2018. ADA

{GUNTJO/00003/00353659}

**APPROVED AS TO FORM, SUBSTANCE AND ENTRY:**

**JODY GUNTER**

______________________________

Date: 3/23/18

**LARRY MORGAN**

______________________________

Date: 4-2-18

**LARRY MORGAN, INC.**

By: ______________________________

Date: 4-2-18

______________________
PRESIDING JUDGE
ALAN D ALBRIGHT
UNITED STATES JUDGE

**APPROVED AS TO FORM:**

**PAKIS, GIOTES, PAGE & BURLESON, P.C.**
400 Austin Avenue, Suite 400
P.O. Box 58
Waco, Texas 76703-0058
(254) 297-7300
(254) 297-7301 – *facsimile*
*hering@pakislaw.com*
*blake@pakislaw.com*

By:______________________
**JIM HERING**
State Bar No. 00796744
**TRAVIS BLAKE**
State Bar No. 24105477

*Attorneys for Plaintiff, Jody Gunter*

**HALEY & OLSON, P.C.**
100 N. Ritchie Rd., Suite 200
Waco, Texas 76712
(254) 776-3336
(254) 776-6823 – *telecopier*
*boates@haleyolson.com*

By:______________________
**BRANDON OATES**
State Bar No. 24032921

*Attorney for Defendants, Larry Morgan and Larry Morgan, Inc.*